No. 77–6766.   McKie v. Alaska.   Sup. Ct. Alaska.   Certiorari dismissed September 6, 1978, under this Court's Rule 60.

No. 78–5286.   Gonzalez v. New York.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.   Certiorari dismissed September 20, 1978, under this Court's Rule 60.

No. 78–5190.   Dean v. Superior Court of California, County of Riverside (California, Real Party in Interest).   Ct. App. Cal., 4th App. Dist.   Certiorari dismissed September 26, 1978, under this Court's Rule 60.

October 2, 1978

No. 77–1570.   Millis et al. v. High Drive Water District et al.   Affirmed on appeal from D. C. Colo.

No. 78–199.   Mortgage Growth Investors v. Clow Corp. et al.   Affirmed on appeal from D. C. E. D. Mich.

No. 77–1340.   Smith v. Gummo et al.   Appeal from Ct. App. Cal., 1st App. Dist., dismissed for want of substantial federal question.   Mr. Justice Brennan, Mr. Justice White, and Mr. Justice Stevens would note probable jurisdiction and set case for oral argument.

No. 77–1373.   Maine Central Railroad Co. v. Halperin et al.   Appeal from Sup. Jud. Ct. Me. dismissed for want of substantial federal question.   Mr. Justice Stewart, Mr. Justice White, and Mr. Justice Powell would note probable jurisdiction and set case for oral argument.